UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUAN GOMES DE SOUZA, (A#201-673-259), | No.  1:26-cv-01479-DJC-SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, | |
| Respondent. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

1

(9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 13) are adopted in full.

2.  Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED.

3.  Respondent shall provide petitioner with a constitutionally adequate bond hearing before an immigration judge at which the government shall bear the burden of justifying petitioner's continued detention by clear and convincing evidence, within fourteen (14) days from the date of this order.

4.  Respondent are further directed to file a notice certifying compliance with the above provision within seven (7) days from the date of the bond hearing.

5.  If petitioner is granted release on bond, respondent shall return all of petitioner's documents and possessions at the time of release.

6.  This order does not address the circumstances in which respondent may detain petitioner in the event petitioner becomes subject to an executable final order of removal and petitioner receives notice of that final order of removal.

7.  Judgement be entered in petitioner's favor and this case be closed.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

deso1479.jo.BOND.HEARING

2